This case assigned to District Judge **Baker**
and to Magistrate Judge **Kearney**

5-17-20

2:20-CV-110-KGB-JTK

United States District Court
Richard Sheppard Arnold Court House
600 W. Capital Av. Suit A-149
Little Rock, AR 72201-3325

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 21 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Dear Honorable Federal Judge

Motion - Petition for Imediate Release due to the Covid 19 virus / Home Confinment

The DOJ and BOP have released there qualifications for the Covid-19 virus below along with my home plan.

My name is Leander Shepard #15079010 a federal inmate. I'm over 60 years of age I have high blood pressure and I'm on SSI. Disability. See SSI records. Please see exhibits A, B, C, for refrence. I'm **NON** violent and no shots. I have a home to go to with my girlfreind Pat Corp. 173 Pinyon Pt. Fayetteville AR. 72701. When I get out I'll refile immediately for my SSI and go back to my self employmet. Managment. My girlfriend # cell is 479 313-1377 for verification.

Sincerely

[signature]

## Coronavirus and hypertension?

Nearly half of the U.S. population has hypertension. Only 1 in 4 of those affected has their condition under control. When not managed, hypertension can put stress on the heart, increasing the risk of a heart attack or a stroke. For patients who take medications, it's important to avoid abrupt changes to their care without consulting with their doctor, said Sahil Parikh, an interventional cardiologist at Columbia University's Irving Medical Center.

EXHIBIT A

## Cardiovascular disease and COVID-19

There is not enough evidence to suggest a link between COVID-19 and cardiovascular disease. Age might be the primary factor as older people are more likely to have cardiovascular disease. However, some evidence suggests patients might be putting themselves at risk by avoiding going to the hospital out of concern of catching coronavirus. Also, the reduction in visits could be due to misinterpreting heart attack symptoms for COVID-19. "We want patients who are experiencing chest pains and trouble breathing, just like they would have maybe four months ago, to alert their doctor and seek care and not just sit it out at home," Parikh said. According to a March Study in the Journal of the American Medical Association, more than 1 in 5 patients in Wuhan, China might have developed heart damage as a result of COVID-19.

# Manafort released from prison amid pandemic

**Kristine Phillips and Kevin Johnson**
USA TODAY


Manafort

WASHINGTON – President Donald Trump's former campaign chairman Paul Manafort has been released from prison and is now in home confinement as the coronavirus pandemic spreads in the federal corrections system.

Todd Blanche, one of Manafort's attorneys, said the 71-year-old was released Wednesday morning. Manafort is serving a combined sentence of 7½ years in prison from two criminal cases that resulted from the special counsel investigation on Russia's election meddling in 2016.

Manafort was convicted in Virginia for a scheme to defraud banks and taxpayers out of millions of dollars he had amassed through illicit lobbying. He also pleaded guilty to conspiracy charges of not disclosing his lobbying work and tampering with witnesses in a related Washington, D.C., case.

Last month, Attorney General William Barr announced a plan to expedite the release of vulnerable prisoners to home confinement as infections and fatalities mounted.

Barr asked Bureau of Prison officials to grant home confinement based on factors including prisoners' age and vulnerability to COVID-19, their conduct in prison, and the crimes for which they were convicted.

Last month, Manafort's attorneys asked prison officials to release him to home confinement, saying his old age and health conditions put him at "high risk" of a COVID-19 infection.

Manafort's attorneys said their client would serve his confinement with his wife in a three-bedroom apartment in Northern Virginia.

In a court filing last month, an official said the Bureau of Prisons is prioritizing inmates who have served 50% of their punishment. Officials are also prioritizing inmates with short prison sentences: those who have 18 months or less left and have served 25% of their time.

Manafort has served about 25% of a 47-month sentence and was scheduled for release in November 2024. The prison where he was held also isn't among the facilities where Barr said officials should prioritize releasing inmates. But prison officials have wide discretion over who is granted home confinement.

Since late March, 2,471 inmates have been designated for home confinement, the Bureau of Prisons said.

As of Wednesday, 2,818 inmates and 262 staffers have been infected with COVID-19 across the federal prison system. Fifty inmates have died. The pandemic has not reached the low-security prison in Loretto, Pennsylvania, where Manafort was held. His attorneys said it's only a matter of time before the infection spreads in the facility.

Manafort is one of a half a dozen former Trump aides and associates who either pleaded guilty or were convicted of crimes as a result of former special counsel Robert Mueller's Russia investigation.

Last month, U.S. District Judge Amy Berman Jackson suspended a jail sentence for Manafort's former partner, Rick Gates, noting the coronavirus threat. Gates, a former Trump campaign aide who pleaded guilty to conspiracy and making false statements about his status as a foreign agent, received a 45-day jail sentence that he must serve intermittently over three years of probation.

Another former Trump aide, Michael Cohen, had been approved for home confinement last month and had been due for release May 1. But his attorney, Lanny Davis, said Wednesday that the president's one-time personal lawyer remains in federal prison for "unexplained" reasons.

Cohen was sentenced to three years in prison after pleading guilty to charges that included campaign finance violations for paying hush money to women who claimed to have had sex with Trump and for lying to Congress. He was scheduled for release in 2021.

NEWS    USA TODAY ❚ WEDNESDAY, MAY 13, 2020 ❚ 7A

# OPINION

## Q&A  EXHIBIT C
# Epidemiologist: This may get worse

### 'My job is not to scare people out of their wits, it's to scare them into their wits'

As the number of U.S. deaths attributed to COVID-19 approached 82,000, the USA TODAY Editorial Board spoke with Dr. Michael Osterholm, one of the nation's leading epidemiologists. Osterholm, 67, is director of the Center for Infectious Disease Research and Policy (CIDRAP) at the University of Minnesota and co-author of "Deadliest Enemy: Our War Against Killer Germs." Questions and answers have been edited for length, clarity and flow:

**Q. How bad is this outbreak?**
A. Sixty days ago, COVID-19 was not even in the top 100 causes of death in this country. Within six weeks it was the No. 1 cause of death. That hasn't happened since (the) 1918 (influenza epidemic).

**Q. The United States has 4% of the world's population but has 28% of the recorded deaths from the coronavirus. Why is that?**
A. Any number like that is artificial at best. If you had to add it up globally, we still play a very prominent role in the number of deaths that have occurred. But at the same time, I would say that we're not any different than many areas of the world where lots of cases are going uncounted, both deaths and regular cases.

**Q. Where are some of the biggest hot spots in America?** EXHIBIT C
A. Nursing homes, long-term care, prisons, homeless shelters, meatpacking plants — these are all areas where, once that virus gets into those locations, it's like a gas can. Suddenly 50% or 60% of the people are infected in those locations. I think we're going to burn through those populations quickly over the course of the next three to four months at most.



'There are no easy answers here,' Dr. Michael Osterholm, director of the Center for Infectious Disease Research and Policy, tells the Editorial Board on Monday. USA TODAY

**Q. In a recent report, CIDRAP said it's important for leaders to "proclaim uncertainty." So what else don't we know?**
A. One question is (whether we will have a safe vaccine before we get to) that 60% to 70% level or higher, or will we have to achieve it through illness and hopefully durable immunity? A second question is, what does immunity mean? If we don't have durable immunity, we can expect these (waves) to happen over and over and over, and that's a scary proposition.

**Q. How would you rate the government's response?**

to look a hell of a lot worse than it looks now. There'll be more unemployment. There's gonna be a higher likelihood of this disease having much more impact on our communities. How are we preparing to get the American workers through that now? How are we preparing national and international supply chain issues now?

**Q. Aren't other countries showing the way forward?**
A. Please don't tell me that I just have to do what they do in Korea. Or I have to do what they do in Singapore. Or I have to do what they do in New

A. I would never have believed this possible, in this day and age in public health, where you could have people at high risk of transmission at meat processing plants, where a president just determines by the Defense Production Act that this is an essential area of work. And that basically, if you don't go to work, the governors have decided you don't get unemployment, and yet we don't provide them protection. These people aren't getting N95 (masks). That's just wrong. That's morally, ethically wrong.

**Q. How much control do we have?**

LEANDER SHEPARD
15079010
FCC LOW
P.O. BOX 9000 LOW
FORREST CITY, AR
          72336



UNITED STATES DISTRICT COURT
RICHARD SHEPPARD ARNOLD (COURT HOUSE)
600 W. CAPITAL AV. SUIT A-149
LITTLE ROCK, AR.
          72201-3325

72201-339919